PEOPLE ex rel. SALLADIN et al.. Respondents, v. CITY OF OSWEGO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January, 1905.) Proceedings by the people of the state of New York, on the relation of Anthony Salladin, Jr., and others, against the city of Oswego, N. Y., and the department of works of the city of Oswego, N. Y.

PER CURIAM. Order reversed, with costs, and application for writ denied, with $25 costs. Held, that the relators did not establish any such clear right upon the law and facts as to be entitled to a peremptory writ.

WARNER v. THOMPSON et al. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by William C. Warner against Edward Thompson and others. From a judgment overruling a demurrer to the complaint, defendants appeal. Reversed. John L. Hill, for appellants. Horace E. Deming, for respondent. No opinion. Judgment affirmed.